
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/14/05

JUL 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| CLINTON JEROME CORMIER | CIVIL ACTION NO. 05-0238 |
| VS. | SECTION P |
| LAFAYETTE SHERIFF'S DEPARTMENT | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 12th day of September, 2005.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE